**Order filed February 12, 2013**



In The

# 𝕱𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝕮𝔬𝔲𝔯𝔱 𝔬𝔣 𝕬𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-13-00026-CV
_____

**FORMOSA MANAGEMENT, LLC, Appellant**

**V.**

**TRINA WACASEY, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-30881**

---

## O R D E R

The notice of appeal in this case was filed January 10, 2013. To date, the filing fee of $175.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **February 27, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM